STATE of Maine

v.

**Bonny HAFFORD.**

Supreme Judicial Court of Maine.

Argued Sept. 3, 1987.

Decided Oct. 30, 1987.

§§ 4003(4) & 4050.

John D. McElwee (orally), Dist. Atty., Alan F. Harding, Asst. Dist. Atty., Caribou, for plaintiff.

Frank H. Bishop, Sr. (orally), Stevens, Engels, Bishop & Sprague, Presque Isle, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

## MEMORANDUM OF DECISION.

The Defendant, Bonny Hafford, appeals from his conviction in Superior Court, Aroostook County, for operating a motor vehicle while under the influence of intoxicating liquor or with an excessive blood-alcohol level, 29 M.R.S.A. § 1312–B, and as an habitual offender, 29 M.R.S.A. § 2298, asserting that the Superior Court abused its discretion when it refused to order a continuance.

The date for trial had been set for several weeks. Not until two days before that date did the Defendant cause a subpoena to be issued for service on a witness he desired, and service was not obtained in the brief interval remaining. The Defendant's oral request for a continuance came on the day of trial. The record before us discloses no "palpable error" by the Superior Court that would have amounted to an abuse of

discretion. *State v. Simmonds,* 313 A.2d 120, 122 (Me.1973).

The entry is:

Judgment affirmed.

All concurring.